In the United States District Court
for the Republic of America

In the matter of:
Steven Curtis Bachmeier, 06-11-1976
                    Petitioner.
_____
Case No. _____

Case: 1:25-cv-01009
Assigned To : Contreras, Rudolph
Assign. Date : 3/31/2025
Description: Habeas Corpus/2255 (G-DECK)

Petition for Writ of Hebeas Corpus; (Constitutional under Artical 1 section 9 of the de jure Constitution for the United States of the Republic of America).

NOTE: I am a lay person in matters of law. I reserve all rights unless expressly waived.

Parties: I did not name the state of Alaska as a party because the state can have no one respond without committing a federal crime 18 USC §912, See U.S. ex. rel. Brookfield Const. Co. v. Stewart, 284 F supp 94 (1964), '.... or in violation of the constitution for then

1 of 7

he ceases to represent the government.' The very nature of my claim is that they violated the Constitution and therefore any response to my petition would be criminal. If this Court desides to include the State of Alaska as a party, sua sponte, I pre-emptivly object.

Venue and Jurisdictional Statement:
 I envoke my right to petition the United States in the seat of government of the United states. Jurisdiction is Under Artical III section 2 of the de jure Federal Constitution. I am not domiciled within any of the States or The United States. I have dual Citizenship, 1. The Kindom of Heaven, (my domicile), 2. Constitutional United States, (this citizenship is subordinate to my Citizenship of Domicile), This is defined in 8 U.S.C. 1101 A 21.
 1. I am a 14th Amend Const Citizen, 2. A "National" of the United States (the collective name of the states which are united by and under the Constitution, see Hooven and Allison v. Evatt, 324 U.S. 652

(1945), 3. A "national" of The United States; the name of a Sovereign occupying the position analogous to that of other sovereigns in the family of nations', see <u>Evatt</u>, 4. A statutory "non-resident non-person", 5. A human

I am <u>NOT</u> 1. a Statutory person, 2. engaged in "trade or business", 3 A Statutory "Alien" (I was born Anchorage Alaska U.S.A), 4. an individual, 5. A statutory "U.S. national" or "non-citizen national, 6. A statutory "citizen and national of the United States as described in 8USC§1401, 7. A "resident", 8. A "U.S. person", 9. A public officer, 10. A trustee of any man made government, 11. an employee of any man made government.

Any and all of the statements afore said are nuc pro tunc from 06-11-1976. Any records you or any Government or Agency thereof that are contray are false/Fraudulant and you should take this moment to correct your records. At the end of this document will be an affimation of oath making all statements in this document Evidance that can only be rebutted with Evidance. Any Failure to rebutt any of the statements in this document

from first to last pg will constitute a waiver or abandonment of right creating an esstopel.

<u>Claim</u>: My incarceration by the State of Alaska violates the United States Constitution ~~Constitution~~ 6th Amendment speedy trial.

<u>Facts</u>: On or about 3-23-2015 I was indicted by the State of Alaska Case No. 3KN-15-39 CR. On or about Sept 2017 the United States indicted me on a 876(c) case. I was transferred to Anchorage Correctional Complex (ACC) untill the conclusion of the Federal case around 1-2020. My custody status returned to 'state'. It is now 3-17-2025 and I have still not been to trial, 10yrs-6days. I have been continuosly incarcerated since 2015 in a State prison facility.

<u>Arguement</u>: No prejudice needs be shown. The drafters and enactors of the 6th

Amendment would never of considered 10 yrs as a "speedy" trial. I have read case law that says with multiple jurisdictions who ever has Jurisdiction First must Finish their prosecution before releasing their defendant or it violates speedy trial.

Example, I get 10 felonies, 1 in 10 different states. Alaska has possession and serves my charging document Then releases me to each other 9 states. I spend 1 yr in each state. By the time I get back to Alaska I'd of been served my indictment 9 yrs ago, speedy trial violation.

So, the entire 2+ yrs in Federal Custody, alone, violates 6th Amendment and requires my release. Please excuse I do not have a Law Library 'readily' available to me being in segregation. I have read case law that says Const speedy trial is 1 yr. A day over is case dismissed. The exceptions to this are if a defendant willfully evades as a Fugitive or extremely lg cases. Millions of pgs of discovery, Multi-National, hundreds of defendants.

5 of 7

I have also read case law that says speedy trial is so important that the prosecutor must force trial even if an accused is intentionally stalling, being disruptive or claiming to not be ready. I've read case law where defendants were strapped to chairs w/ gag and compelled to attend court. It is not my burden to get me to trial, it is the prosecutors.

I could relay alot like the courts muting me on telephonic court hearing so no one can hear me objecting to continuances and demanding speedy trial, (no record). Or just being hung up on after stating my presence. The Covid Hoax protocal of telephonic hearings is now permenate I hear. Only Evidentuary, trial, sentencing hearings can a ~~defendant~~ go to court house.

The reality of it is there is no excuse for a 10 yr speedy trial violation. If someone gunned down a dozen people at the mall does it matter if they got fired from their job, dog got run over? It simply doesn't matter why.

6 of 7

I have been continuously incarcerated w/ out release.

I, Steven Bachmeier, swear under the penalties of perjury without the statutory U.S. and with the Constitutional U.S. that all the statements herein are true and correct.

3-18-25

Steven C. Bachmeier
3600 Bette Cato Ave
Seward, AK 99664

Subscribed and sworn to this 18TH day of MARCH 2025 at Seward AK

SSG MARIA GACEL
Notary

WITH OFFICE

Commission expires

9 of 7

In the United States District Court
  For the Republic of America

In the matter of:
Steven C. Bachmeier, 06-11-1976
                Petitioner.

Certificate of Service:

U.S. Attorney office
Pam Bondi
950 Pennsylvania Ave
Washington DC

State of Alaska Attorney General through Governor
PO Box 110001
Juneau, AK 99811


3-17-25

Steven Bachmeier
3600 Bette Cato
Seward AK 99664

1 of 1